UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In Re:                                                                              Chapter 13

Delphin B. Sanchez,                                                      Case No. 811-72686-A736

            Debtor
---------------------------------------------------------------X
Delphin B. Sanchez,                                                      Adv. Pro. No. 811-08948-A736

           Plaintiff,

   -against-                                                                  Judgment

Wells Fargo Bank, N.A.,

           Defendant.
---------------------------------------------------------------X

       This case having come for consideration before this Court and an Order having been entered by the Honorable Robert E. Grossman, United States Bankruptcy Judge, United States Bankruptcy Court, Long Island Federal Courthouse, 290 Federal Plaza, Central Islip, New York on July 6, 2011, determining that the mortgage held by Wells Fargo Bank dated September 15, 2009, in the principal amount of $235,000.00 (the "Mortgage"), securing the Plaintiff's real property known as 616 Leonard Avenue, Uniondale, New York (the "Premises") shall be discharged as of record upon the Plaintiff's successful completion of his Chapter 13 Plan, it is hereby

       ADJUDGED and DECREED that the Mortgage is wholly unsecured and is void pursuant to 11 U.S.C. § 506(d), and it is further

ADJUDGED and DECREED that in the event that this Chapter 13 case is dismissed prior to its completion, the Mortgage of Wells Fargo Bank shall remain in full force and effect.