UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

| | |
|---|---|
| In Re: | Chapter 13 |
| Delphin B. Sanchez, | Case No. 811-72686-A736 |
|   Debtor | |

----------------------------------------------------------X

| | |
|---|---|
| Delphin B. Sanchez, | Adv. Pro. No. 811-08948-A736 |
|           Plaintiff, | |
|  -against- | Order |
| Wells Fargo Bank, N.A., | |
|   Defendant. | |

----------------------------------------------------------X

       The Plaintiff having applied for an Order pursuant to Rule 7055 of the Federal Rules of Bankruptcy Procedure and Rule 55(b) of the Federal Rules of Civil Procedure: (a) for entry of a default judgment against Defendant Wells Fargo Bank, N.A. ("Wells Fargo") pursuant to 11 U.S.C. §§ 105, 506(a), 506(d), 522, 1322(b)(2) and Rules 3012 and 7001 of the Federal Rules of Bankruptcy Procedure (i) determining that Defendant Wells Fargo's judgment and mortgage secured by the Plaintiff's real property located at 616 Leonard Avenue, Uniondale, New York (the "Premises"), executed by the Plaintiff and dated September 15, 2009, in the principal amount of $235,000.00 (the "Mortgage"); is wholly unsecured; (ii) determining that Defendant Wells Fargo's judgment and mortgage is void; and (b) such other and further relief as this Court deems just and proper, and the Notice of Hearing, Affirmation in Support and proposed order and proposed judgment having been served upon the Office of the United States Trustee, the Chapter 13 Trustee and the Defendant,

        A hearing having been conducted before the Honorable Robert E. Grossman, United States Bankruptcy Judge, United States Bankruptcy Court, Long Island Federal Courthouse, 290 Federal Plaza, Room 860, Central Islip, New York on July 6, 2011, and the Plaintiff appeared by Weinberg, Gross & Pergament LLP, and after due deliberation and consideration, and on the record before the Court, it is hereby

        ORDERED, that the Plaintiff's motion is granted and judgment shall be entered against Defendant Wells Fargo Bank.



**Dated: Central Islip, New York**  
       **July 18, 2011**

       **Robert E. Grossman**  
   **United States Bankruptcy Judge**