UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In Re:                                                                                          Chapter 13

Delphin B. Sanchez,                                                                  Case No. 811-72686-A736

  Debtor
----------------------------------------------------------X
Delphin B. Sanchez,                                                                  Adv. Pro. No. 811-08948-A736

                Plaintiff,

 -against-                                                                                   <u>Judgment</u>

Wells Fargo Bank, N.A.,

  Defendant.
----------------------------------------------------------X

        This case having come for consideration before this Court and an Order having been entered by the Honorable Robert E. Grossman, United States Bankruptcy Judge, United States Bankruptcy Court, Long Island Federal Courthouse, 290 Federal Plaza, Central Islip, New York on July 6, 2011, determining that the judgment and mortgage held by Wells Fargo Bank dated September 15, 2009, in the principal amount of $235,000.00 (the "Mortgage"), securing the Plaintiff's real property known as 616 Leonard Avenue, Uniondale, New York (the "Premises") shall be discharged as of record upon the Plaintiff's successful completion of his Chapter 13 Plan, it is hereby

        ADJUDGED and DECREED that upon entry of the chapter 13 discharge the Mortgage will be deemed wholly unsecured, null avoided and released pursuant to 11 U.S.C. § 506(d), and it is further

        ADJUDGED and DECREED that the Plaintiff shall not be required to make any payments to Wells Fargo Bank with respect to the Mortgage other than the payments made by the Chapter 13 Trustee for its general unsecured claim, and it is further

ADJUDGED and DECREED that in the event that this Chapter 13 case is dismissed prior to its completion, or is withdrawn or converted to another case under title 11 of the U.S. Code, the Mortgage of Wells Fargo Bank shall remain in full force and effect.

Dated: Central Islip, New York
July 18, 2011

                                                                                       **Robert E. Grossman**
                                                                              **United States Bankruptcy Judge**